

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-23-2004

# USA v. Garcia

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1633

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Garcia" (2004). *2004 Decisions.* Paper 992.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/992

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 02-1633

_____


UNITED STATES OF AMERICA

vs.

RAMON GARCIA

Appellant.


_____


ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

(D.C. Criminal No. 01-cr-00676-1)
District Judge:  The Honorable William G. Bassler


_____


Submitted Under Third Circuit LAR 34.1(a)
January 30, 2004


BEFORE: NYGAARD and FUENTES, Circuit Judges,
and O'NEILL,* District Judge.

---

* Honorable Thomas N. O'Neill, Jr., Senior District Judge for the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

(Filed: February 23, 2004)

_____

OPINION OF THE COURT
_____

NYGAARD, <u>Circuit</u> <u>Judge</u>.

Appellant Ramon Garcia pleaded guilty to distribution of at least five kilograms of cocaine, in violation of 21 U.S.C. § 846. The District Court sentenced the Appellant to seventy months imprisonment, which was at the lowest end of the sentencing guideline range for his crime and criminal history. Garcia filed a notice of appeal, *pro se*, and we appointed Arza R. Feldman, Esq., to assist with the appeal. Attorney Feldman filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel indicated that there are no non-frivolous issues for appeal.

We have carefully reviewed the Appellant's brief, along with the responsive brief of the United States and other matters of record. Garcia did not file a *pro se* brief. We conclude, after our own review of the entire record, that the District Court did not err. Accordingly, the judgment of the District Court will be affirmed.

The motion of defense counsel to withdraw will be granted.